**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-00673-LTB-MJW

THOMAS W. LEAMAN,
VICTOR L. KIM, and all others who consent in writing to join in this case,

       Plaintiffs,

v.

GENERAL ELECTRIC COMPANY,

       Defendant.
_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

       The Joint Motion for Leave to File Settlement Documentation Under Seal (Doc 9 - filed June 29, 2006) is **GRANTED**.

Dated:  July 26, 2006
_____